No. 3388.—EL PUEBLO, APLDO., *v.* RODRÍGUEZ, APLTE.—Infracción Art. 553 Cod. Penal. C. D. Guayama. Enero 12, 1928. Por los fundamentos consignados en la opinión emi-

tida en el caso No. 3382, *El Pueblo* v. *Rodríguez,* resuelto en esta misma fecha, (pág. 584) se revoca la sentencia apelada que dictó la Corte de Distrito de Guayama en septiembre 19, 1927; en el caso de epígrafe, y *se absuelve al acusado.*